IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| ADAM WAYNE WALKER | § | |
| VS. | § | CIVIL ACTION NO. 1:21-CV-332 |
| PRINCILLA SENIGUAR, *et al.*, | § | |

### ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, Adam Wayne Walker, an inmate confined at the Leblanc Unit with the Texas Department of Criminal Justice, Correctional Institutional Division, proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against Defendants Princilla Seniguar and Larissa Wiltz.

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Lufkin, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge recommends denying Plaintiff's Motion for Default Judgment (doc. # 29).

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, and pleadings. No objections to the Report and Recommendation of United States Magistrate Judge have been filed to date.

### ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is **ADOPTED**.

**SIGNED** this the **30** day of **June, 2022.**

_____
Thad Heartfield
United States District Judge